# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA

V.

**Antonio Castro-Huerta**
**A206 186 179 YOB: 1992**
**the United Mexican States**

Principal

United States District Court
Southern District of Texas
FILED

FEB 0 7 2015

Clerk of Court

## CRIMINAL COMPLAINT

Case Number:

M-15-0194-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 05, 2015** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
(Track Statutory Language of Offense)

**knowing or in reckless disregard of the fact that Obed Abidan Aguilar-Munoz, citizen and national of Guatemala, along with seven (7) other undocumented aliens, for a total of eight (8) who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport, by foot, said aliens in furtherance of such violation of law within the United States, that is, from a location near Los Ebanos, Texas to the point of arrest near Los Ebanos, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii) FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On February 5, 2015, at approximately 1730 hours, Border Patrol Agent Toy responded to a sensor activation in a location notorious for alien and narcotics smuggling. After a lengthy search that included other Border Patrol Agents and Air Operations, BPA TOY encountered and apprehended nine subjects.

An immigration inspection was performed on all nine (9) subjects on scene. All subjects freely admitted to being citizens of countries other than the United States. The subjects stated that they were not in possession of any documents allowing them to enter or reside in the United States legally. All nine (9) subjects were transported to the McAllen Border Patrol Station to be processed accordingly.

**SEE ATTACHED:**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Signature of Complainant

Jeremiah J. Abrego   Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

February 07, 2015                        at   McAllen, Texas
Date                                           City and State

Dorina Ramos         , U. S. Magistrate Judge
Name and Title of Judicial Officer              Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-15- 0194 -M

RE:   Antonio Castro-Huerta                                          A206 186 179

**CONTINUATION:**

At the McAllen Station, after further investigation and questioning by the Alien Smuggler Identification and Detection (ASID) Unit, it was determined that CASTRO-Huerta, Antonio was the foot guide of the group.

STATEMENT OF PRINCIPAL:
Antonio CASTRO-Huerta was read his Miranda Rights and he signed indicating that he understood his rights and was willing to provide a sworn statement without the presence of an attorney.

CASTRO-Huerta readily admitted he was the brush-guide in the group. Furthermore, he stated that a subject known as Angel, offered to pay him $40.00 USD to guide the group to an empty field near the Sam Fordyce Elementary. He also stated that he was going to turn the group over to a subject known as David and that he would probably be driving a green mini-van. The subject did not know where exactly the stash-house was located.

NOTE:

Antonio CASTRO-Huerta has been apprehended a total of fifteen (15) times, fourteen (14) by Border Patrol and once by Customs at the Rio Grande City Port of Entry. Of the fourteen Border Patrol apprehension, all have occurred in the Havana/ Los Ebanos, Texas areas. On November 03, 2013, CASTRO admitted to CBP Officers when apprehended that he was a foot guide and that he was returning to Mexico after delivering a group of aliens.

STATEMENT OF MATERIAL WITNESS:

Obed Abidan AGUILAR-Munoz, was advised and understood his Miranda Rights and also was willing to provide a sworn statement without the presence of an attorney.

AGUILAR, a citizen of Guatemala, stated that there was only one foot-guide in the group. He was able to describe the foot-guide as the person wearing a gray and black striped shirt. AGUILAR stated that once in the United States, the group was instructed by CASTRO on when to move and to not make noise. While crossing the Rio Grande River, AGUILAR stated that he feared for his life because the group was not provided with life vests and he cannot swim. Subject stated that as soon as they crossed into the U.S. side, the foot-guide instructed the group to be quiet in order to evade apprehension by immigration. AGUILAR then stated that they walked for about an hour before we were apprehended by Border Patrol Agents.